FILED'10 JAN 29 14:49USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,                    08-CR-206-BR

       Plaintiff,

                                         ORDER

v.                                           Portland Division

MICAELA RENEE DUTSON and TONY
DUTSON,

       Defendants.


BROWN, Judge.

     This matter comes before the Court on the government's

unopposed Motion (#140) for Judicial Notice that the IRS is an

Agency of the United States.  Counsel for each Defendant has

reprted they do not plan to file a response to the Motion.  For

the reasons that follow, the Court **GRANTS** the government's

Motion.

     Federal Rule of Evidence 201 specifies when courts may and

must take judicial notice of adjudicative facts and provides:

1 - ORDER

**(b)  Kinds of facts.**  A judicially noticed
fact must be one not subject to reasonable
dispute in that it is either (1) generally
known within the territorial jurisdiction of
the trial court or (2) capable of accurate
and ready determination by resort to sources
whose accuracy cannot reasonably be
questioned.

Rule 201 also provides:  "A court may take judicial notice,
whether requested or not [, and] . . . [a] court shall take
judicial notice if requested by a party and supplied with the
necessary information."  Fed. R. Evid. 201© and (d).

Internal Revenue Code (IRC) 26 U.S.C. § 7801(a) provides the
administration and enforcement of the IRC "shall be performed by
or under the supervision of the Secretary of the Treasury."  In
addition, 26 U.S.C. § 7803(a) provides for the appointment of a
Commissioner of Internal Revenue in the Department of the
Treasury who "shall have such duties and powers as may be
prescribed by the Secretary of the Treasury," including the power
to "administer, manage, conduct, direct, and supervise the
execution and application of the internal revenue laws."
Finally, Department of the Treasury Regulation 26 C.F.R.
§ 601.101(a) provides in pertinent part:

The Internal Revenue Service is a bureau of
the Department of the Treasury under the
immediate direction of the Commissioner of
Internal Revenue.  The Commissioner has
general superintendence of the assessment and
collection of all taxes imposed by any law
providing internal revenue.  The Internal
Revenue Service is the agency by which these
functions are performed.

2 - ORDER

The Supreme Court has noted "the Internal Revenue Service is organized to carry out the broad responsibilities of the Secretary of the Treasury under section 7801(a) of the [Internal Revenue] Code for the administrative and enforcement of the internal revenue laws." *Donaldson v. United States*, 400 U.S. 517, 534 (1971). Moreover, the Tenth Circuit has held: "[T]he IRS is an agency of the United States government and, of course, a conspiracy to defraud that agency necessarily constitutes a conspiracy to defraud the United States." *United States v. Scott*, 37 F.3d 1564, 1584 (10th Cir. 1994). *See also McNeil v. United States*, 78 Fed. Cl. 211, 221 (2007)("[T]he IRS is an agency of the United States government.").

Based on the foregoing, the Court concludes the fact that the IRS is an agency of the United States government is both "generally known within the territorial jurisdiction of the trial court" and "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned" including by reference to publicly available statutes, regulations, and judicial decisions. *See* Fed. R. Evid. 201(a). The Court, therefore, takes judicial notice of that fact.

## CONCLUSION

For these reasons, the Court **GRANTS** the government's unopposed Motion (#140) for Judicial Notice that the IRS is an

3 - ORDER

Agency of the United States.

    IT IS SO ORDERED.

    DATED this 28th day of January, 2010.

                        ANNA J. BROWN
                        United States District

4 - ORDER