Whitney P. Boise, OSB #85157
HOEVET BOISE & OLSON, P.C.
1000 S.W. Broadway, Suite 1500
Portland, OR 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
E-mail: *wboise@hoevet-boise.com*
    Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>MICAELA RENEE DUTSON,<br><br>                    Defendant. | Case No. CR 08-206-01-BR<br><br>ORDER PERMITTING DEFENDANT MICAELA DUTSON TO TRAVEL TO FLORIDA |

Based on defendant Micaela Renee Dutson's Motion to Permit Travel to Florida,

IT IS HEREBY ORDERED that defendant Micaela Renee Dutson is permitted to travel to Dunedin, Florida from January 21, 2011 until January 25 or 26, 2011, for purposes of visiting her father.

DATED this 19th day of January, 2011.

                                      */s/ Anna J. Brown*
                                      The Honorable Anna J. Brown
                                      U.S. District Court Judge

Submitted by:
Whitney P. Boise, OSB #85157
Attorney for Defendant Micaela Dutson

PAGE 1 - ORDER PERMITTING TRAVEL TO FLORIDA

HOEVET BOISE & OLSON, P.C.
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1500
PORTLAND, OREGON 97205
(503) 228-0497
FAX (503) 228-7112